```
                                                   FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF KANSAS
```

# United States District Court

## District of Kansas

RALPH L. DELOACH
CLERK
BY _____
AT WICHITA, KS.

**UNITED STATES OF AMERICA,**
        Plaintiff,

vs.                                              NO. 06-40075-01,02 JAR

**CHRISTOPHER LEE JACKSON,**
and
**DANA SHAWN WORFORD,**
        Defendants.

## INDICTMENT

**The Grand Jury charges:**

### COUNT 1

On or about the 27th day of May, 2006, in the District of Kansas, the defendants,

**CHRISTOPHER LEE JACKSON,**
**and**
**DANA SHAWN WORFORD,**

by force, violence and intimidation did take from the person and presence of another, United States Currency belonging to and in the care, custody,

1

control, management and possession of the Capital City Bank, 2040 Northwest Topeka Blvd., Topeka, Kansas, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, **CHRISTOPHER LEE JACKSON and DANA SHAWN WORFORD**, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm, in violation of Title 18, United States Code, Sections 2, 2113(a) and 2113(d).

## COUNT 2

On or about the 27th day of May, 2006, in the District of Kansas, the defendants,

**CHRISTOPHER LEE JACKSON,**
**and**
**DANA SHAWN WORFORD,**

did, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit: armed bank robbery, in violation of Title 18, United States Code, Sections 2, 2113(a) and 2113(d), as alleged in Count 1 herein, knowingly and intentionally possess, carry,

use and brandish a firearm, to wit: High Standard, MFG Corp., .22 caliber revolver, serial number M037835, in furtherance of such crime.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

**A TRUE BILL.**

5/31/06
DATE

FOREMAN OF THE GRAND JURY

_Brent␣I.␣Anderson_, Austy for the
UNITED STATES ATTORNEY

[It is requested that trial be held in Topeka, Kansas]

The Court acknowledges receipt of this indictment in open court.

_Karen M. Humphreys_
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

3